with costs. (See *Ronca* v. *Wendell & Evans Co., ante,* p. 216, decided herewith.) Present — Jenks, P. J., Burr, Stapleton, Rich and Putnam, JJ.

Gustav Stern, Respondent, v. Solomon Pearl, etc., Appellant.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Burr, Thomas, Rich and Putnam, JJ., concurred.

Henry G. Young, Appellant, v. Jacob Wenz and Another, Respondents. — Judgment affirmed, with costs. No opinion. Jenks, P. J., Burr, Thomas, Carr and Rich, JJ., concurred.

Alexander Bruce, Respondent, v. Daniel Swanston, Appellant.— Motion granted. Present — Jenks, P. J., Thomas, Stapleton, Rich and Putnam, JJ.

Daniel Doonan and Another, Respondents, v. Thomas Killilea and Others, Appellants.— Motion to dismiss appeal denied on condition that the case be placed upon the March calendar, 1915, and that appellant be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Jenks, P. J., Thomas, Stapleton, Rich and Putnam, JJ.

Edward J. Fulton, Respondent, v. Richmond County Society for the Prevention of Cruelty to Children, Impleaded, etc., Appellant.— Motion for leave to appeal to the Court of Appeals granted, question certified and order signed. Present — Thomas, Stapleton, Rich and Putnam, JJ.; Jenks, P. J., taking no part.

In the Matter of Proving the Last Will and Testament of George W. Horton, Deceased.— Motion to dismiss appeal denied on condition that appellant perfect the appeal, place the case on the March calendar of 1915 and be ready for argument when reached; otherwise, motion granted. Present — Jenks, P. J., Thomas, Stapleton, Rich and Putnam, JJ.

The People of the State of New York, Respondent, v. Harry Fetter, Appellant.— Motion granted. Present — Jenks, P. J., Thomas, Stapleton, Rich and Putnam, JJ.

The People of the State of New York, Respondent, v. William Willbrandt, Appellant.— Motion denied on condition that appellant perfect the appeal, place the case on the March calendar of 1915 and be ready for argument when reached; otherwise, motion granted. Present — Jenks, P. J., Thomas, Stapleton, Rich and Putnam, JJ.

The People of the State of New York, Respondent, v. Selma Willbrandt, Appellant.— Motion denied on condition that appellant perfect the appeal, place the case on the March calendar of 1915, and be ready for argument when reached; otherwise, motion granted. Present — Jenks, P.J., Thomas, Stapleton, Rich and Putnam, JJ.

John R. Shuart and Others, etc., Respondents, v. The Erie Railroad Company, Appellant.— Motion for reargument or for leave to appeal to the Court of Appeals denied. Present — Jenks, P. J., Thomas, Stapleton, Rich and Putnam, JJ.

William F. Banks, Respondent, v. Edward W. Thompson, Appellant.— Judgment and order of the County Court of Richmond county unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Burr, Thomas, Stapleton and Rich, JJ.